# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WHEELER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SPS TECHNOLOGIES, LLC, a Pennsylvania limited liability company; PRECISION CASTPARTS CORP., an Oregon corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO.: 8:17-cv-01788-JLS-KES<br><br>*Assigned for all purposes to:*<br>*The Honorable Josephine L. Staton*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BROUGHT BY PLAINTIFF** |

The Court having reviewed the Joint Stipulation for Dismissal with Prejudice of all Claims Brought by Plaintiff and good cause appearing therefor, hereby ORDERS the case dismissed with prejudice, with each party to bear its own respective attorneys' fees and costs, effective the date of this Order.

All hearings on calendar, if any, are hereby vacated.

**IT IS SO ORDERED.**

DATED: January 28, 2019      JOSEPHINE L. STATON
_____
Hon. Josephine L. Staton
Judge of the United States District Court